**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | **CASE NO. 15-71203-JWC** |
| | ) | |
| **MIGUEL GOMEZ,** | ) | **CHAPTER 7** |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS INTO REGISTRY OF COURT**

Neil C. Gordon, the Trustee of the named estate, hereby shows the following:

1.    In accordance with 11 U.S.C. Section 347(a), payment has been stopped on all checks of the estate which remain unpaid, as identified in Paragraph 2.  The total sum of these checks is $40,836.56, which has been deposited with the Court for disposition pursuant to 28 U.S.C. Sections 2041 *et. seq.*

2.    Pursuant to Federal Rules of Bankruptcy Procedure 3011, the last known name and address of each entity whose final dividend check has not been presented for payment and the amount that such entity is entitled to be paid from the property of the estate which has been paid into the Court is as follows:

| Name and Last Known Addresses | Amount |
|---|---|
| Axis Insurance Company<br>c/o Trace Dillon<br>The Dillon Law Firm<br>2346 Wisteria Drive, Suite 220<br>Snellville, GA 30078 | $40,836.56 |

ARNALL GOLDEN GREGORY LLP

/s/ Neil C. Gordon
Neil C. Gordon, Chapter 7 Trustee
State Bar No. 302387

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8596
Neil.Gordon@agg.com

18397128v1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Notice of Deposit of Unclaimed Funds into Registry of Court was sent correctly addressed with proper postage by First Class U.S. Mail to the following:

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303

Kerry Eston Hand
Nguyen Stephen PC
5430 Jimmy Carter Blvd., #202
Norcross, GA 30093-1506

Miguel Gomez
3095 Briar Oak Drive
Duluth, GA 30096-8935

Axis Insurance Company
c/o Trace Dillon
The Dillon Law Firm
2346 Wisteria Drive, Suite 220
Snellville, GA 30078

This 18th day of August, 2022.

/s/ Neil C. Gordon
Neil C. Gordon, Trustee
State Bar No. 302387

18397128v1