UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

| | | | |
|---|---|---|---|
| In RE: | ) | Case NO.: | 15-71203-jwc |
| **Miguel Gomez** | ) | | |
| | ) | Chapter: | 7 |
| *Debtor(s)* | ) | | |

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On August 26, 2022, Trustee filed a Notice and Payment into the Court for Unclaimed Funds and issued a check to the Clerk, U. S. Bankruptcy Court, for deposit into the Registry of the Court in the amount of $40,836.56 on behalf of, Axis Insurance Company (the "Unclaimed Funds").

On July 29, 2024, Lost and Found Today, LLC assignee of Axis Insurance Company ("Claimant") filed an Application for Payment of Unclaimed Funds to collect them [Doc. 111]. The application and the documents attached thereto establish that Claimant is entitled to the unclaimed funds. Accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $40,836.56 held in unclaimed funds be made payable to Lost and Found Today, LLC and be disbursed to the payee at the following address:

Lost and Found Today, LLC
25042 Dunham Ave.
Executive Suite 1391
Veneta, OR 97487

The Clerk will disburse these funds not earlier than 14 days after the entry of this order.

This __18__ day of __October__, 2024.

_____
Jeffery W. Cavender
United States Bankruptcy Judge

DISTRIBUTION LIST

Miguel Gomez
3095 Briar Oak Drive
Duluth, GA 30096

United States Attorney
600 U.S. Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303

Lost and Found Today, LLC
25042 Dunham Ave.
Executive Suite 1391
Veneta, OR 97487